# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CARGO-LEVANT SCHIFFAHRTSGESELLSCHAFT MBH<br><br>        Plaintiff<br><br>  vs.<br><br>PSL LIMITED<br><br>        Defendant<br><br>  and<br><br>PSL NORTH AMERICA, LLC,<br><br>        Garnishee | Civil Action No. 1:13-cv-2296-WSD |

## Certificate of Interested Persons and Corporate Disclosure Statement of PSL North America, LLC

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: CARGO-LEVANT SCHIFFAHRTSGESELLSCHAFT MBH

Defendant: PSL LIMITED

Garnishee: PSL NORTH AMERICA, LLC

PSL North America, LLC certifies that its majority owner is PSL-USA, Inc. which in turn is wholly owned by PSL, Limited, that it has no subsidiary entity, and that no publicly traded entity owns ten percent (10%) or more of its stock.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  Wells Fargo Bank, N.A., as secured creditor to PSL-NA.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Robert E. Spears, Jr.
THE SPEARS & ROBL LAW FIRM, LLC
104 Cambridge Avenue
Decatur, Georgia, 30030
(404) 373-5150
respears@tsrlaw.com
*Counsel for Plaintiff*

Edgar S. Mangiafico, Jr.
Ragsdale, Beals, Seigler, Patterson & Gray, LLP
229 Peachtree St., N.E., Suite 2400
Atlanta, GA 30303
Telephone: (404) 588-0500
Facsimile: (404) 523-6714
edgar@rbspg.com
*Counsel for PSL North America, LLC*

In addition, PSL North America, LLC anticipates having additional counsel appear on its behalf *pro hac vice*, to wit:

John A. Scialdone (MS Bar No. 9524) jscialdone@frvf-law.com
Todd G. Crawford (MS Bar No. 102620)  tcrawford@frvf-law.com
Christopher L. Schmidt (MS Bar No. 10104) cschmidt@frvf-law.com
**FOWLER RODRIGUEZ**
2505 14th Street, 5th Floor
Gulfport, Mississippi  39501
Telephone: 228-822-9340
Facsimile: 228-822-9343

  Submitted this 4th day of September, 2013.

            /s/ Edgar S. Mangiafico, Jr.
            Edgar S. Mangiafico, Jr.
            Georgia Bar No. 468775

Ragsdale, Beals, Seigler, Patterson & Gray, LLP
229 Peachtree St., N.E., Suite 2400
Atlanta, GA 30303
Telephone: (404) 588-0500
Facsimile: (404) 523-6714
edgar@rbspg.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CARGO-LEVANT SCHIFFAHRTSGESELLSCHAFT MBH<br><br>Plaintiff<br><br>vs.<br><br>PSL LIMITED<br><br>Defendant<br><br>and<br><br>PSL NORTH AMERICA, LLC,<br><br>Garnishee | Civil Action No. 1:13-cv-2296-WSD |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2013, I electronically filed the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement of PSL North America, LLC** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

       Robert E. Spears, Jr.
       THE SPEARS & ROBL LAW FIRM, LLC
       104 Cambridge Avenue
       Decatur, Georgia, 30030
       (404) 373-5150
       respears@tsrlaw.com
       *Counsel for Plaintiff*

          /s/ Edgar S. Mangiafico, Jr.
          Edgar S. Mangiafico, Jr.
          Georgia Bar No. 468775

Ragsdale, Beals, Seigler, Patterson & Gray, LLP
229 Peachtree St., N.E., Suite 2400
Atlanta, GA 30303
Telephone: (404) 588-0500
Facsimile: (404) 523-6714
edgar@rbspg.com