IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CARGO-LEVANT SCHIFFAHRTSGESELLSCHAFT MBH | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. 1:13-cv-2296-WSD |
| PSL LIMITED | : | |
| Defendant | : | |
| and | : | |
| PSL NORTH AMERICA, LLC | : | |
| Garnishee | : | |

**ENTRY OF APPEARANCE**

Comes Now Erin A. Lerner with the law firm of The Spears & Robl Law Firm, LLC, and enters an appearance in the above-styled action on behalf of Plaintiff Cargo Levant Schiffahrtsgesellschaft MbH. The undersigned requests that the Court and other parties to this action include her on all future service of pleadings, orders, notices and other documents filed in this action.

I certify that this document was prepared using Times New Roman 14 point font.

This 6th day of September, 2013.

                                                /s Erin A. Lerner
                                                Erin A. Lerner
                                                GA Bar # 153058
                                                Attorneys for Plaintiff Cargo Levant
                                                Schiffahrtsgesellschaft MbH

THE SPEARS & ROBL LAW FIRM, LLC
104 Cambridge Avenue
Decatur, GA 30030
(404) 371-4537
(404) 373-5199
ealerner@tsrlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

CARGO-LEVANT
SCHIFFAHRTSGESELLSCHAFT MBH

      Plaintiff

   vs.

PSL LIMITED

      Defendant

   and

PSL NORTH AMERICA, LLC

      Garnishee
_____

Civil Action No.
1:13-cv-2296-WSD

**CERTIFICATE OF SERVICE**

I certify that I have this day served the foregoing Entry of Appearance by using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

    Edgar S. Mangiafico, Jr.
    Ragsdale, Beals, Seigler, Patterson & Gray, LLP
    229 Peachtree St., N.E., Suite 2400
    Atlanta, GA 30303

This 6th day of September, 2013.

                                    /s Erin A. Lerner
                                    Erin A. Lerner

                                      GA Bar # 153058
                                      Attorneys for Plaintiff Cargo Levant
                                      Schiffahrtsgesellschaft MbH

THE SPEARS & ROBL LAW FIRM, LLC
104 Cambridge Avenue
Decatur, GA 30030
(404) 371-4537
(404) 373-5199
ealerner@tsrlaw.com